# United States Court of Appeals
## For the First Circuit

─────────────

No. 20-1014

PAUL M. JONES

Plaintiff - Appellant

v.

DOLAN CONNLY, P.C.; JAMES W. DOLAN; BARBARA D. CONNLY; KATHLEEN M. ALLEN; DAVID A. MARSOCCI; BANK OF NEW YORK MELLON; GREGORY A. CONNLY; ORLANS, P.C.; LINDA ORLANS; ALISON ORLANS; SELECT PORTFOLIO SERVICING, INC.

Defendants - Appellees

CINDY SILVA; JOHN DOE; JANE DOE

Defendants

─────────────

**MANDATE**

Entered: December 6, 2021

In accordance with the judgment of November 15, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Peter Francis Carr II
Effie Gikas Tchobanian
Paul M. Jones
David A. Marsocci